Yee Moy Siat, Plaintiff-Appellant,
against
Kim Hock Wong, Defendant-Respondent.




Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered April 16, 2019, after a nonjury trial, in favor of defendant and dismissing the complaint.




Per Curiam.
Judgment (Sabrina B. Kraus,J.), entered April 16, 2019, affirmed, without costs. 
In reviewing a judgment from a bench trial, the decision of the fact-finding court should not be disturbed on appeal unless it is obvious that the court's conclusions could not be reached under any fair interpretation of the evidence, especially when the findings of fact rest in large measure on considerations relating to credibility of witnesses (see Claridge Gardens v Menotti, 160 AD2d 544 [1990]). Applying that standard here, and giving deference to the trial court's credibility determinations, we do not disturb the dismissal of plaintiff's breach of contract claim. A fair interpretation of the evidence supports the finding that defendant satisfied his obligations under the parties' oral agreement by paying plaintiff the total sum of $9,000 in exchange for plaintiff vacating certain leased premises prior to the lease expiration date.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2020